[No. 45039-5-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JAMES FAIRBANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00110-5, Ronald Kessler, J., entered July 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45167-7-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. R.B., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03134-4, Julie Spector, J., entered August 3, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45209-6-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LYNN GLOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02449-4, Harriett M. Cody, J., entered August 6, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45144-8-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. M.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03138-7, James Noe, J. Pro Tem., and Michael J. Trickey, J., entered August 18, 1999. *Affirmed* by unpublished per curiam opinion.